UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: CASE NO. 08-10566

CAROLYN BOVARD
DEBTOR

CHAPTER 13

ORDER GRANTING RELIEF FROM STAY

Considering the January 26, 2009 Adequate Protection Order, the Motion for Exparte Relief filed by U.S. Bank, N.A., the affidavit in support of the motion and applicable law,

IT IS ORDERED that the automatic stay is lifted in favor of U.S. BANK, N.A. as to the following described immovable property:

> One certain lot or parcel of ground, together with all of the buildings and improvements thereon situated in the Parish of East Baton Rouge, State of Louisiana, in that subdivision known as Westminster Place Subdivision, Fourth Filing, and being designated on the official map thereof a copy of which is recorded in the official records of East Baton Rouge, Louisiana, as Lot Number One Hundred Eighty-Two (182), said subdivision, said lot fronting Seventy (70) feet on the southern side of Fleet Drive, by a depth of One Hundred Fifty-five (155), feet between equal and parallel lines, being subject to a Five (5) foot servitude along the Eastern Sideline, with a Fifteen (15), foot servitude along the Western side line and a forty (40) foot servitude across the rear. Improvements thereon bear Municipal Address No.4151 Fleet Drive, Baton Rouge, LA 70809.

Baton Rouge, Louisiana, September 21, 2009.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE