**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF LOUISIANA**

IN RE:   Carolyn A. Bovard

CASE NO.   08-10566

**ORDER GRANTING
MOTION FOR RECONSIDERATION**

For oral reasons given at a hearing held December 30, 2009,

**IT IS ORDERED** that the Motion to Reconsider Order Granting Motion for Relief from Stay (document no.50) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Order Granting Motion for Relief from Stay (document no.48) is **VACATED.**

Baton Rouge, Louisiana, December 30, 2009.

**S/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE